No. 708. HILL, ADMINISTRATOR, *v.* HAWES, TRUSTEE, ET AL. April 5, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of

754

Columbia granted. *Messrs. Henry Lincoln Johnson* and *Thurman L. Dodson* for petitioner. *Mr. John B. Gunion* for respondents.